DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BANK OF THE WEST,** a California corporation,
Appellant,

v.

**TONI J. AROS** and **ARTHUR E. AROS,** jointly and severally,
Appellees.

No. 4D19-3826

[July 2, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 312018CA000349.

Stacey S. Fisher of Spechman & Fisher, P.A., Miami, for appellant.

Alexandra Noelle Sanchez and J. Gary Rooney of Rooney & Rooney, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***